117-15

# ELECTRONIC RECORD

COA # 06-13-00046-CR            OFFENSE: 62.1
Remanded
from CCA
to COA

STYLE: CTexaslister Ray Thomas v. The State of            COUNTY: Gregg

COA DISPOSITION: ReveRemandedrsed and            TRIAL COURT: 188th District Court

DATE: 12/30/14            Publish: YES   TC CASE #: 41776-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE: TexasClister Ray Thomas v. The State of            CCA #: 117-15
_____SPA'S_____ Petition            CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____
_____refused_____            JUDGE: _____
DATE: April 29, 2015            SIGNED: _____   PC: _____
JUDGE: PC            PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____

**ELECTRONIC RECORD**